# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In re: MOOVERS, INC.

§ Case No. 17-41370-CN
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Marlene G. Weinstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $99,904.98
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $9,532.27

Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $102,139.31

3) Total gross receipts of $  111,671.58  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $  0.00  (see **Exhibit 2**), yielded net receipts of $111,671.58 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,032,981.90 | $9,532.27 | $9,532.27 | $9,532.27 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 105,638.49 | 105,638.49 | 102,139.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 117,497.32 | 125,960.86 | 124,617.86 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 304,640.97 | 404,081.29 | 404,081.29 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,455,120.19 | $645,212.91 | $643,869.91 | $111,671.58 |

4) This case was originally filed under Chapter 7 on May 24, 2017. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/18/2019          By: /s/Marlene G. Weinstein

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo checking 5862 | 1129-000 | 7,161.83 |
| James Hunt receivable | 1221-000 | 1,040.00 |
| Refund of overpaid NYD parking ticket | 1290-000 | 226.78 |
| Wells Fargo checking 5870 | 1129-000 | 2,007.91 |
| 2012 Scion XB VIN 1808 | 1129-000 | 4,066.16 |
| 2012 Scion XB VIN 4581 | 1129-000 | 4,050.00 |
| 1995 Ford Econoline Van VIN 8363 | 1129-000 | 2,850.00 |
| 1999 Freightliner FL70 VIN 6467 | 1129-000 | 1,118.00 |
| 2001 Freighliner FL70 VIN 6336 | 1129-000 | 4,050.00 |
| 2001 Kentucky VIN 5301 | 1129-000 | 6,300.00 |
| 1987 Kentucky Trailer VIN 0390 | 1129-000 | 2,600.00 |
| 1997 Ford Econoline VIN 2375 | 1129-000 | 1,600.00 |
| 2002 Great Dane VIN 7202 | 1129-000 | 1,900.00 |
| 2008 Kenworth T2000 VIN 9462 | 1129-000 | 15,600.00 |
| 2005 Freightliner M2 VIN 1832 | 1129-000 | 16,500.00 |
| 1989 Curtain Side Trailer VIN 8215 | 1129-000 | 2,450.00 |
| 1999 International 4700 VIN 0878 | 1129-000 | 7,100.00 |
| Electric Forklift | 1129-000 | 1,850.00 |
| Hyster Forklift | 1129-000 | 9,002.00 |
| 2000 Hyundai Trailer VIN 5021 | 1229-000 | 7,500.00 |
| 2007 International VIN 4823 | 1229-000 | 6,800.00 |
| Refund of account credit from accountant | 1290-000 | 176.25 |
| Refund on cancellation of workers comp policy | 1290-000 | 111.13 |
| Refund upon cancellation of insurance policy | 1290-000 | 1,699.99 |
| Relisting Fees from Payment Default at Auction | 1290-000 | 3,100.15 |
| Sales taxes collected at auction | 1290-000 | 797.26 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | |
|---|---|---|---|
| Wells Fargo fee charge reimbursement | | 1290-000 | 8.64 |
| Miscellaneous change | | 1290-000 | 5.48 |
| **TOTAL GROSS RECEIPTS** | | | $111,671.58 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NVL | National Van Lines | 4210-000 | 1,030,616.44 | 7,081.25 | 7,081.25 | 7,081.25 |
| SCION1 | Toyota Financial Services | 4210-000 | 1,172.92 | 1,238.62 | 1,238.62 | 1,238.62 |
| SCION2 | Toyota Financial Services | 4210-000 | 1,192.54 | 1,212.40 | 1,212.40 | 1,212.40 |
| **TOTAL SECURED CLAIMS** | | | $1,032,981.90 | $9,532.27 | $9,532.27 | $9,532.27 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Marlene G. Weinstein | 2100-000 | N/A | 8,833.58 | 8,833.58 | 8,404.24 |
| Trustee Expenses - Marlene G. Weinstein | 2200-000 | N/A | 365.69 | 365.69 | 347.92 |
| Other - Rincon Law, LLP | 3210-000 | N/A | 45,320.00 | 45,320.00 | 43,117.28 |
| Other - Rincon Law, LLP | 3220-000 | N/A | 688.19 | 688.19 | 654.74 |
| Other - Bachecki, Crom & Co., LLP, CPA's | 3410-000 | N/A | 15,495.50 | 15,495.50 | 14,742.27 |
| Other - Bachecki, Crom & Co., LLP, CPA's | 3420-000 | N/A | 460.08 | 460.08 | 437.72 |
| Other - Franchise Tax Board (ADMINISTRATIVE) | 2820-000 | N/A | 829.28 | 829.28 | 788.97 |
| Other - State Board of Equalization | 2820-000 | N/A | 797.26 | 797.26 | 797.26 |
| Other - Keith Dolphin | 3991-000 | N/A | 383.25 | 383.25 | 383.25 |
| Auctioneer for Trustee Expenses - West Auctions, Inc. | 3620-000 | N/A | 18,946.14 | 18,946.14 | 18,946.14 |
| Other - Quick Key Locksmith | 2420-000 | N/A | 345.00 | 345.00 | 345.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Auctioneer for Trustee Fees (including buyers premiums) - West Auctions, Inc. | 3610-000 | N/A | 11,810.76 | 11,810.76 | 11,810.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.49 | 13.49 | 13.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.86 | 16.86 | 16.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.88 | 81.88 | 81.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 117.83 | 117.83 | 117.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 110.29 | 110.29 | 110.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 106.46 | 106.46 | 106.46 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 14.80 | 14.80 | 14.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 120.98 | 120.98 | 120.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 102.47 | 102.47 | 102.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 109.64 | 109.64 | 109.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.83 | 105.83 | 105.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 120.28 | 120.28 | 120.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.53 | 105.53 | 105.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 116.29 | 116.29 | 116.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 111.13 | 111.13 | 111.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $105,638.49 | $105,638.49 | $102,139.31 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 67,000.00 | 65,686.30 | 65,686.30 | 0.00 |
| 2 | Lura Sartain | 5300-000 | 2,295.35 | 4,984.56 | 4,984.56 | 0.00 |
| 3P | Keith D. Dolphin | 5300-000 | 8,076.02 | 5,260.32 | 5,260.32 | 0.00 |
| 6 | Lavell Boyland | 5300-000 | 1,860.93 | 5,000.00 | 5,000.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Oscar Orantes | 5200-000 | 693.24 | 1,343.00 | 0.00 | 0.00 |
| 7 -2 | Oscar Orantes | 5300-000 | N/A | 1,343.00 | 1,343.00 | 0.00 |
| 8P | Fred A. Serhan Jr. | 5300-000 | N/A | 8,600.00 | 8,600.00 | 0.00 |
| 10 | Franchise Tax Board | 5800-000 | N/A | 839.31 | 839.31 | 0.00 |
| 14 | Jacqueline Lucey | 5300-000 | 1,380.50 | 5,000.00 | 5,000.00 | 0.00 |
| 16 | Manuel Gomez-Madera | 5300-000 | 779.17 | 900.00 | 900.00 | 0.00 |
| 25P | Employment Development Department | 5800-000 | 6,605.46 | 20,476.42 | 20,476.42 | 0.00 |
| 15-WAG | Timothy W. Shoup | 5300-000 | 1,640.65 | 2,583.33 | 2,583.33 | 0.00 |
| 15-401 | Timothy W. Shoup | 5400-000 | 4,047.95 | 3,944.62 | 3,944.62 | 0.00 |
| NOTFILED | Dennis Wilson | 5800-000 | 1,508.68 | N/A | N/A | 0.00 |
| NOTFILED | Donald Davis | 5800-000 | 329.68 | N/A | N/A | 0.00 |
| NOTFILED | Andrew Tayloe | 5800-000 | 1,849.94 | N/A | N/A | 0.00 |
| NOTFILED | Gregory L. Thomas | 5800-000 | 1,883.64 | N/A | N/A | 0.00 |
| NOTFILED | Hector Mejia | 5800-000 | 402.38 | N/A | N/A | 0.00 |
| NOTFILED | Michael C. Wunder | 5800-000 | 8,608.94 | N/A | N/A | 0.00 |
| NOTFILED | Taylor Curl | 5800-000 | 918.39 | N/A | N/A | 0.00 |
| NOTFILED | Mark Wheeler | 5800-000 | 1,164.16 | N/A | N/A | 0.00 |
| NOTFILED | Juan Vasquez | 5800-000 | 377.24 | N/A | N/A | 0.00 |
| NOTFILED | Matthew P. Hassenstab | 5800-000 | 6,075.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $117,497.32 | $125,960.86 | $124,617.86 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Internal Revenue Service | 7300-000 | 13,000.00 | 12,137.39 | 12,137.39 | 0.00 |
| 1U | Internal Revenue Service | 7300-000 | N/A | 9,865.10 | 9,865.10 | 0.00 |
| 3U | Keith D. Dolphin | 7100-000 | N/A | 10,755.24 | 10,755.24 | 0.00 |
| 4 | Fora Financial West, LLC | 7100-000 | 42,496.65 | 41,611.30 | 41,611.30 | 0.00 |
| 5 | Consumers First Corp. | 7100-000 | 11,200.00 | 12,000.00 | 12,000.00 | 0.00 |
| 8U | Fred A. Serhan Jr. | 7100-000 | N/A | 1,000.00 | 1,000.00 | 0.00 |
| 9 | Arthur Zmuda | 7100-000 | N/A | 20,000.00 | 20,000.00 | 0.00 |
| 11 | City of Pittsburg | 7100-000 | 1,239.86 | 1,369.83 | 1,369.83 | 0.00 |
| 12 | Verizon | 7100-000 | N/A | 1,139.98 | 1,139.98 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Penhorn Ave Associates | 7100-000 | 27,164.25 | 14,555.19 | 14,555.19 | 0.00 |
| 17 | Robinson Oil Corporation | 7100-000 | 8,643.43 | 15,492.97 | 15,492.97 | 0.00 |
| 18 | AmTrust North America, Inc. on behalf of | 7100-000 | N/A | 183.28 | 183.28 | 0.00 |
| 19 | AmTrust North America, Inc. on behalf of | 7100-000 | N/A | 2,161.00 | 2,161.00 | 0.00 |
| 20 | AmTrust North America, Inc. on behalf of | 7100-000 | N/A | 19,839.12 | 19,839.12 | 0.00 |
| 21 | Albert D. Seeno Construction Co. | 7100-000 | 11,033.73 | 13,223.13 | 13,223.13 | 0.00 |
| 22 | AMERICAN EXPRESS BANK, FSB | 7100-000 | N/A | 198,765.93 | 198,765.93 | 0.00 |
| 23 | Packs Plus LLC | 7100-000 | 9,084.11 | 25,262.14 | 25,262.14 | 0.00 |
| 24 | Pacific Bell Telephone Company | 7100-000 | N/A | 1,718.93 | 1,718.93 | 0.00 |
| 25U | Employment Development Department | 7300-000 | N/A | 3,000.76 | 3,000.76 | 0.00 |
| NOTFILED | FedEx | 7100-000 | 39.86 | N/A | N/A | 0.00 |
| NOTFILED | Innovanow | 7100-000 | 720.42 | N/A | N/A | 0.00 |
| NOTFILED | F&S Logistics c/o Fred Serhan Jr | 7100-000 | 9,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Milk Man Toner Company | 7100-000 | 30.07 | N/A | N/A | 0.00 |
| NOTFILED | Donald Haskell Moving Pack Pros c/o Donald Haskell | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cleanfleets | 7100-000 | 396.00 | N/A | N/A | 0.00 |
| NOTFILED | California Moving & Storage | 7100-000 | 412.50 | N/A | N/A | 0.00 |
| NOTFILED | CSNS Relocation Services | 7100-000 | 884.00 | N/A | N/A | 0.00 |
| NOTFILED | MrMalcolm Trucking c/o Malcolm Curry | 7100-000 | 3,348.80 | N/A | N/A | 0.00 |
| NOTFILED | DMV | 7100-000 | 467.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Gas and Electric Company | 7100-000 | 904.60 | N/A | N/A | 0.00 |
| NOTFILED | North Shore Leasing | 7100-000 | 430.89 | N/A | N/A | 0.00 |
| NOTFILED | Waterloo Development Company | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Ronald Rohde | 7100-000 | 6,644.71 | N/A | N/A | 0.00 |
| NOTFILED | Yelp, Inc. | 7100-000 | 4,375.00 | N/A | N/A | 0.00 |
| NOTFILED | RMJ All Around Services c/o Robert Smith | 7100-000 | 4,859.83 | N/A | N/A | 0.00 |
| NOTFILED | York Claims Services | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rent a Crate | 7100-000 | 8,142.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul Hanson Partners | 7100-000 | 50,945.71 | N/A | N/A | 0.00 |
| NOTFILED | Paper Tiger Ready Print | 7100-000 | 399.28 | N/A | N/A | 0.00 |
| NOTFILED | PayPal | 7100-000 | 28,946.00 | N/A | N/A | 0.00 |
| NOTFILED | Bay Alarm | 7100-000 | 460.50 | N/A | N/A | 0.00 |
| NOTFILED | Pioneer Packaging | 7100-000 | 13,039.37 | N/A | N/A | 0.00 |
| NOTFILED | American Ratings Corporation | 7100-000 | 7,254.23 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | AT&T | 7100-000 | 1,882.85 | N/A | N/A | 0.00 |
| NOTFILED | Alexander Snell | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| NOTFILED | A to Z Logistics Incorporated c/o Arthur | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Alhambra | 7100-000 | 345.32 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $304,640.97 | $404,081.29 | $404,081.29 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 17-41370-CN | **Trustee:** (001780) Marlene G. Weinstein |
| **Case Name:** MOOVERS, INC. | **Filed (f) or Converted (c):** 05/24/17 (f) |
| | **§341(a) Meeting Date:** 06/30/17 |
| **Period Ending:** 02/18/19 | **Claims Bar Date:** 09/28/17 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo checking 5862 | 4,539.85 | 4,539.85 | | 7,161.83 | FA |
| 2 | James Hunt receivable (u)<br>   Not included in amount stated as account receivable<br>on schedules | 0.00 | 1,040.00 | | 1,040.00 | FA |
| 3 | Refund of overpaid NYD parking ticket (u) | 0.00 | 226.78 | | 226.78 | FA |
| 4 | Refund of overpaid Berkeley city tax (u)<br>   Reversed based upon debtor having received and<br>negotiated refund pre-petition | 0.00 | 825.00 | | 0.00 | FA |
| 5 | Lease of business premises<br>   Order Authorizing Rejection of Lease ECF #56 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Wells Fargo savings 2584 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Wells Fargo checking 1906 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Wells Fargo checking 5870 | 2,007.91 | 2,007.91 | | 2,007.91 | FA |
| 9 | Wells Fargo checking 2641 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Insur prepayments: duplicate of Assets 54 and 55<br>   See Assets ## 54 and 55 for insurance refunds<br>totaling $1,811.12 | 14,440.00 | 0.00 | | 0.00 | FA |
| 11 | Accounts receivable<br>   Administratively burdensom to pursue disputed<br>claims for receivables consisting of storage fees and<br>amounts asserted to be due from NVL subject to offset<br>per counsel | 5,962.98 | 18,000.00 | | 0.00 | FA |
| 12 | Office Furniture, File Cabinets<br>   Abandon per ECF #20 and #72 | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 13 | Office computers, software, printer, etc.<br>   Abandon per ECF #20 and #72 | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 14 | Customer List (u) | 1.00 | 0.00 | | 0.00 | FA |
| 15 | Goodwill | 1.00 | 0.00 | | 0.00 | FA |
| 16 | Security deposit with landlord (u)<br>   Administrative rent owed to creditor would exceed<br>security deposit ; Order Authorizing Rejection of Lease<br>ECF #56 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-41370-CN

**Case Name:** MOOVERS, INC.

**Period Ending:** 02/18/19

**Trustee:** (001780) Marlene G. Weinstein

**Filed (f) or Converted (c):** 05/24/17 (f)

**§341(a) Meeting Date:** 06/30/17

**Claims Bar Date:** 09/28/17

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 17 | 2012 Scion XB VIN 1808<br>    Order Approving Sale ECF #79;  Auctioneer est. $2k-$3k | 6,500.00 | 274.65 | | 4,066.16 | FA |
| 18 | 2012 Scion XB VIN 4581<br>    Order Approving Sale ECF #79;  Auctioneer est. $2k-$3k | 6,500.00 | 1,787.60 | | 4,050.00 | FA |
| 19 | 1995 Ford Econoline Van VIN 8363<br>    Order Approving Sale ECF #79 Auctioneer est. $2k-$3k | 900.00 | 1,500.00 | | 2,850.00 | FA |
| 20 | 1999 Freightliner FL70 VIN 6467<br>    Order Approving Sale ECF #79; Order on Stipulation with NVL Authorizing Sale Free and Clear ECF #73 [NVL Lien resolved in favor of estate]; Auctioneer est. $2500-$3500 | 5,000.00 | 2,500.00 | | 1,118.00 | FA |
| 21 | 2001 Freightliner FL70 VIN 6336<br>    Order Approving Sale ECF #79; Order on Stipulation with NVL Authorizing Sale Free and Clear ECF #73 [NVL lien resolved in favor of estate]; Auctioneer est. $4,500- $6,500 | 5,500.00 | 4,500.00 | | 4,050.00 | FA |
| 22 | 2004 Freightliner VIN 6886<br>    Per employee, vehicle totaled and gone for years; Debt to NVL secured by vehicle; administrative costs exceed any  value | 7,500.00 | 0.00 | | 0.00 | FA |
| 23 | 2005 Volvo VIN 7288 - in Ohio<br>    Abandon per ECF #20/#57/#72; Debt to NVL secured by vehicle exceeds value of asset; RFS Stip ECF #57 and Order ECF #63; Per employee, Truck #9 left at shop in Ohio, cost of repair exceeded value of vehicle | 500.00 | 0.00 | OA | 0.00 | FA |
| 24 | 2001 Kentucky VIN 5301<br>    Order Authorizing Compromise with NVL ECF #86; Order Approving Sale ECF #79; Order on Stipulation with NVL Authorizing Sale Free and Clear ECF #73; Auctioneer est. $3k | 1,500.00 | 0.00 | | 6,300.00 | FA |
| 25 | 2004 International VIN 3387 (2006) | 7,500.00 | 0.00 | OA | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-41370-CN | **Trustee:** (001780) Marlene G. Weinstein |
| **Case Name:** MOOVERS, INC. | **Filed (f) or Converted (c):** 05/24/17 (f) |
| | **§341(a) Meeting Date:** 06/30/17 |
| **Period Ending:** 02/18/19 | **Claims Bar Date:** 09/28/17 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Abandon per ECF #20/#57/#72; Debt to NVL secured by vehicle exceeds value of asset; RFS Stip ECF #57 and Order ECF #63; employee said totalled | | | | | |
| 26 | 2005 International VIN 4985<br>    Abandon per ECF #20/#57/#72; Debt to NVL secured by vehicle exceeds value of asset; RFS Stip ECF #57 and Order ECF #63 | 7,500.00 | 0.00 | OA | 0.00 | FA |
| 27 | 1987 Kentucky Trailer VIN 0390<br>    Order Approving Sale ECF #79; Auctioneer est. $3k-$5k | 1,000.00 | 3,000.00 | | 2,600.00 | FA |
| 28 | 1997 Ford Econoline VIN 2375<br>    Order Approving Sale ECF #79; Order on Stipulation Authorizing Sale Free and Clear ECF #73; [NVL lien resolved in favor of estate]; Auctioneer est. $3,500 - $4,500 | 2,500.00 | 3,250.00 | | 1,600.00 | FA |
| 29 | 2002 Great Dane VIN 7202<br>    Order Approving Sale ECF #79; Order on Stipulation with NVL Authorizing Sale Free and Clear ECF #73; [NVL lien resolved in favor of estate]; Auctioneer est. $4k - $5k<br>Copy of title in file - no lien | 1,500.00 | 3,750.00 | | 1,900.00 | FA |
| 30 | 2005 International 4300 VIN 2332<br>    Abandon per ECF #20/#57/#72; Debt to NVL secured by vehicle exceeds value of asset; RFS Stip ECF #57 and Order ECF #63 | 7,500.00 | 0.00 | OA | 0.00 | FA |
| 31 | 1996 Kentucky VIN 4513<br>    Abandon per ECF #20/#57/#72; Debt to NVL secured by vehicle exceeds value of asset; RFS Stip ECF #57 and Order ECF #63; located in New Jersey | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 32 | 1996 Kentucky VIN 4392<br>    Abandon per ECF #20/#57/#72; Debt to NVL secured by vehicle exceeds value of asset; RFS Stip ECF #57 and Order ECF #63 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 33 | 1996 Kentucky VIN 4419<br>    Abandon per ECF #20/#57/#72; Debt to NVL | 2,500.00 | 0.00 | OA | 0.00 | FA |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-41370-CN | **Trustee:** (001780) Marlene G. Weinstein |
| **Case Name:** MOOVERS, INC. | **Filed (f) or Converted (c):** 05/24/17 (f) |
| | **§341(a) Meeting Date:** 06/30/17 |
| **Period Ending:** 02/18/19 | **Claims Bar Date:** 09/28/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | secured by vehicle exceeds value of asset; RFS Stip ECF #57 and Order ECF #63 | | | | | |
| 34 | 1996 Kentucky VIN 4441 <br> No trailer or title docs found ; Administratively burdensome to pursue | 2,500.00 | 0.00 | | 0.00 | FA |
| 35 | 2005 Freightliner VIN 9043 <br> Abandon per ECF #20/#57/#72; Debt to NVL secured by vehicle exceeds value of asset; RFS Stip ECF #57 and Order ECF #63 | 7,500.00 | 0.00 | OA | 0.00 | FA |
| 36 | 2008 Kenworth T2000 VIN 9462 <br> Order Approving Sale ECF #79; Auctioneer est. $15k-$20k | 20,000.00 | 17,500.00 | | 15,600.00 | FA |
| 37 | 1988 Dorsey VIN 3903 <br> Abandon per ECF #20/#57/#72; Debt to NVL secured by vehicle exceeds value of asset; RFS Stip ECF #57 and Order ECF #63; Per auctioneer, costs and expenses exceed value of property; fully-loaded - used as storage for customer property | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 38 | 2002 Great Dane VIN 7201 <br> Abandon per ECF #20/#57/#72; Debt to NVL secured by vehicle exceeds value of asset; RFS Stip ECF #57 and Order ECF #63; Per auctioner, costs and expenses outweigh proceeds; loaded with customer items | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 39 | 2006 International VIN 3225 <br> Abandon per ECF #20/#57/#72; Debt to NVL and other secured creditor exceeds value - per employee vehicle totalled ; RFS Stip ECF #57 and Order ECF #63 | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 40 | 2001 Trailmobile Trailer VIN 2380 (2011) <br> Abandon per ECF #20/#57/#72; Debt to NVL secured by vehicle exceeds value of asset; RFS Stip ECF #57 and Order ECF #63 | 1,500.00 | 1,500.00 | OA | 0.00 | FA |
| 41 | 2005 Freightliner M2 VIN 1832 <br> Order Approving Sale ECF #79; | 14,500.00 | 4,000.00 | | 16,500.00 | FA |

Exhibit 8

Page: 5

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 17-41370-CN      **Trustee:** (001780) Marlene G. Weinstein

**Case Name:** MOOVERS, INC.      **Filed (f) or Converted (c):** 05/24/17 (f)

     **§341(a) Meeting Date:** 06/30/17

**Period Ending:** 02/18/19      **Claims Bar Date:** 09/28/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Auctioneer est. $6k-$8k; Rebuilt engine | | | | | |
| 42 | 1989 Curtain Side Trailer VIN 8215<br>Order Approving Sale ECF #79; Auctioneer est.<br>$10k-$12k | 2,500.00 | 10,250.00 | | 2,450.00 | FA |
| 43 | 1999 International 4700 VIN 0878<br>Order Approving Sale ECF #79; Order on Stipulation<br>with NVL Authorizing Sale Free and Clear ECF #73;<br>[NVL lien resolved in favor of estate]; Auctioneer est.<br>$5k-$7k | 2,500.00 | 4,500.00 | | 7,100.00 | FA |
| 44 | Warehouse Racking<br>Abandon per ECF #20 and #72 | 1,500.00 | Unknown | OA | 0.00 | FA |
| 45 | Electric Forklift<br>Order Approving Sale ECF #79; Auctioneer est. $3k | 1,250.00 | 2,700.00 | | 1,850.00 | FA |
| 46 | Hyster Forklift<br>Order Approving Sale ECF #79; Auctioneer est. $5k | 4,000.00 | 3,500.00 | | 9,002.00 | FA |
| 47 | Miscellaneous Moving Equipment<br>Abandon per ECF #20 and #72; Includes misc. tools<br>est. value $1000 per auctioneer and approx. 200<br>vaults - cost of admin rent, insurance and/or moving<br>equipment to auction exceeds value to estate. Admin.<br>Burdensome | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 48 | 2000 Hyundai Trailer VIN 5021  (u)<br>Order Authorizing Compromise with NVL ECF #86;<br>Order Approving Sale ECF #79; Order on Stipulation<br>with NVL Authorizing Sale Free and Clear ECF #73;<br>Auctioneer est. $3k | 0.00 | 0.00 | | 7,500.00 | FA |
| 49 | 2007 International VIN 4823  (u)<br>Order Authorizing Compromise with NVL ECF #86;<br>Notice of Compromise Order Approving Sale ECF<br>#79; Order on Stipulation with NVL Authorizing Sale<br>Free and Clear ECF #73; Auctioneer est. $10k-$12k | 0.00 | 6,537.50 | | 6,800.00 | FA |
| 50 | 1990 International Navistar VIN 2505  (u)<br>Abandon per ECF #20/#57/#72; Debt to NVL<br>secured by vehicle exceeds value of asset; RFS Stip<br>ECF #57 and Order ECF #63; Per auctioneer, costs | 0.00 | 0.00 | OA | 0.00 | FA |

Exhibit 8

Page: 6

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-41370-CN | **Trustee:** (001780) Marlene G. Weinstein | |
| **Case Name:** MOOVERS, INC. | **Filed (f) or Converted (c):** 05/24/17 (f) | |
| | **§341(a) Meeting Date:** 06/30/17 | |
| **Period Ending:** 02/18/19 | **Claims Bar Date:** 09/28/17 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | and expenses exceed any value to estate; | | | | | |
| 51 | 2014 Cascadia VIN 8354  (u)<br>   Abandon per ECF #20/#57/#72; Debt to NVL<br>secured by vehicle exceeds value of asset; RFS Stip<br>ECF #57 and Order ECF #63 | 0.00 | 0.00 | OA | 0.00 | FA |
| 52 | 1999 International VIN 0376  (u)<br>   Abandon per ECF #20/#57/#72; Debt to NVL<br>secured by vehicle exceeds value of asset; RFS Stip<br>ECF #57 and Order ECF #63 | 0.00 | 0.00 | OA | 0.00 | FA |
| 53 | Refund of account credit from accountant  (u) | 0.00 | 176.25 | | 176.25 | FA |
| 54 | Refund on cancellation of workers comp policy  (u) | 0.00 | 111.13 | | 111.13 | FA |
| 55 | Refund upon cancellation of insurance policy  (u)<br>   Granite State Insurance | 0.00 | 1,699.00 | | 1,699.99 | FA |
| 56 | Relisting Fees from Payment Default at Auction  (u) | 0.00 | 3,100.15 | | 3,100.15 | FA |
| 57 | Sales taxes collected at auction  (u) | 0.00 | 797.26 | | 797.26 | FA |
| 58 | Northwestern Mutual key man  life insurand  (u)<br>   Investigation reflects no value for benefit of estate | 0.00 | 0.00 | | 0.00 | FA |
| 59 | Wells Fargo fee charge reimbursement  (u) | 0.00 | 8.64 | | 8.64 | FA |
| 60 | Miscellaneous change  (u) | 0.00 | 5.48 | | 5.48 | FA |
| 61 | Computer equip/docs in trustee's possession  (u)<br>   Order Authorizing Abandonment [ECF #94] | 0.00 | 0.00 | OA | 0.00 | FA |
| **61** | **Assets**    **Totals (Excluding unknown values)** | **$182,102.74** | **$103,587.20** | | **$111,671.58** | **$0.00** |

**Major Activities Affecting Case Closing:**

08/15/18 - upon resolution of claim objection 9/15/18 - confirm no further taxes, final claims review, fee apps, TFR

05/30/18 - resolve claim issues, evaluation of NVL accounting and   tax , payroll and 401k issues, then final claims review, fee app, TFR

03/29/18 - noticing compromise with NVL - waiting for accounting from NVL

03/25/18 - resolve NVL (may need adversary proceeding if no settlement) and minor tax issues

02/06/18 - evaluate potential wage claims, tax issues and possible claim objections

09/30/17 - counsel pursuing settlement with NVL re: disputed lien on auction sale proceeds, may file adversary if no settlement

06/30/17 - lease rejected - abandonment motion is July 13, 2017

06/29/17 - Auction is August 1 - 3, 2017

Exhibit 8

Page: 7

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-41370-CN | **Trustee:** (001780) Marlene G. Weinstein | |
| **Case Name:** MOOVERS, INC. | **Filed (f) or Converted (c):** 05/24/17 (f) | |
| | **§341(a) Meeting Date:** 06/30/17 | |
| **Period Ending:** 02/18/19 | **Claims Bar Date:** 09/28/17 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/16/17 - employing auctioneer to sell vehicles - resolve dispute re: title to several vehicles

**Initial Projected Date Of Final Report (TFR):** May 31, 2017    **Current Projected Date Of Final Report (TFR):** November 13, 2018 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 17-41370-CN | |
| **Case Name:** | MOOVERS, INC. | |
| **Taxpayer ID #:** | **-***1306 | |
| **Period Ending:** | 02/18/19 | |

| | | |
|---|---|---|
| **Trustee:** | Marlene G. Weinstein (001780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0766 - Checking Account |
| **Blanket Bond:** | $55,486,801.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/02/17 | | Matthew Hassenstab for Moovers, Inc. | Turnover of funds in bank accounts | | 6,537.76 | | 6,537.76 |
| | {1} | | Turnover Wells Fargo                    4,529.85<br>ending in 5862 | 1129-000 | | | 6,537.76 |
| | {8} | | Turnover Wells Fargo                    2,007.91<br>ending in 5870 | 1129-000 | | | 6,537.76 |
| 06/02/17 | {2} | James Hunt | Trustee converted cash to cashiers check for moving services provided | 1221-000 | 1,040.00 | | 7,577.76 |
| 06/02/17 | {3} | NYC Department of Finance | Refund of overpaid parking ticket | 1290-000 | 226.78 | | 7,804.54 |
| 06/13/17 | {4} | City of Berkeley | Refund of overpayment for out of state vendor | 1290-000 | 825.00 | | 8,629.54 |
| 06/19/17 | 101 | Keith Dolphin | Payment to Former Employee for Assistance ECF #11 and ECF #12 | 3991-000 | | 383.25 | 8,246.29 |
| 06/19/17 | 102 | Quick Key Locksmith | Ref # INVOICE 001532 - Change Locks to Secure Premises ECF #33 | 2420-000 | | 345.00 | 7,901.29 |
| 06/19/17 | {4} | City of Berkeley | Reversed Deposit 100002 1 Deposit reversed by maker; check was credited to debtor's account pre-petition | 1290-000 | -825.00 | | 7,076.29 |
| 06/26/17 | {1} | Wells Fargo Bank | Turnover of additional funds in account 5862 | 1129-000 | 2,631.98 | | 9,708.27 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,698.27 |
| 07/27/17 | {53} | Langel & Associates, PC | Refund of account credit from accountant' | 1290-000 | 176.25 | | 9,874.52 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.49 | 9,861.03 |
| 08/07/17 | {54} | Transguard Insurance Company of America | Refund on cancellation of workers comp policy | 1290-000 | 111.13 | | 9,972.16 |
| 08/15/17 | {55} | Direct Bill Serivces | Refund upon cancellation of Granite State Insurance policy | 1290-000 | 1,699.00 | | 11,671.16 |
| 08/15/17 | {55} | Direct Bill Services | Adjustment to correct Deposit 100006 | 1290-000 | 0.99 | | 11,672.15 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.86 | 11,655.29 |
| 09/05/17 | {17} | Toyota Financial Services | Refund of overpayment for car loan Toyota Scion VIN ending in 1808 | 1129-000 | 13.27 | | 11,668.56 |
| 09/07/17 | | West Auctions, Inc. | Net proceeds from auction-sale of vehicles | | 65,215.12 | | 76,883.68 |
| | {49} | Aul Medellin | Gross proceeds from                      6,800.00<br>sale of vehicle | 1229-000 | | | 76,883.68 |
| | {43} | Mike Babassi | Gross proceeds from                      7,100.00<br>sale of vehicle | 1129-000 | | | 76,883.68 |
| | {41} | Enrique Sandoval | Gross proceeds from                    16,500.00<br>sale of vehicle | 1129-000 | | | 76,883.68 |
| | {28} | David Gustason | Gross proceeds from                      1,600.00<br>sale of vehicle | 1129-000 | | | 76,883.68 |

| | | | Subtotals : | | $77,652.28 | $768.60 | |

Case: 17-41370     Doc# 110     Filed: 03/06/19     Entered: 03/06/19 09:41:13     Page 16 of 19

Printed: 02/18/2019 12:46 PM        V.14.50

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 17-41370-CN |
| **Case Name:** | MOOVERS, INC. |
| **Taxpayer ID #:** | **-***1306 |
| **Period Ending:** | 02/18/19 |

| | |
|---|---|
| **Trustee:** | Marlene G. Weinstein (001780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0766 - Checking Account |
| **Blanket Bond:** | $55,486,801.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {21} | Adam Zimmerman | Gross proceeds from sale of vehicle | 4,050.00 | 1129-000 | | | 76,883.68 |
| | {19} | Adam Zimmerman | Gross proceeds from sale of vehicle | 2,850.00 | 1129-000 | | | 76,883.68 |
| | {17} | G. Terence Leslie | Gross proceeds from sale of vehicle, Asset 17 | 4,052.89 | 1129-000 | | | 76,883.68 |
| | {18} | Troy and Tracy Davis | Gross proceeds from sale of vehicle, Asset 18 | 4,050.00 | 1129-000 | | | 76,883.68 |
| | {46} | Timothy Horner | Gross proceeds from sale of forklift | 9,002.00 | 1129-000 | | | 76,883.68 |
| | {45} | Ian Johnston | Gross proceeds from sale of forklift | 1,850.00 | 1129-000 | | | 76,883.68 |
| | {48} | Jeff Rhodes | Gross proceeds from sale of vehicle | 7,500.00 | 1229-000 | | | 76,883.68 |
| | {24} | Chris Strickland | Gross proceeds from sale of vehicle | 6,300.00 | 1129-000 | | | 76,883.68 |
| | {29} | William Coffman | Gross proceeds from sale of vehicle | 1,900.00 | 1129-000 | | | 76,883.68 |
| | {42} | Ian Johnston | Gross proceeds from sale of vehicle | 2,450.00 | 1129-000 | | | 76,883.68 |
| | {27} | Drew Filer | Gross proceeds from sale of vehicle | 2,600.00 | 1129-000 | | | 76,883.68 |
| | {36} | Preet Kaur | Gross proceeds from sale of vehicle | 15,600.00 | 1129-000 | | | 76,883.68 |
| | {20} | Ian Johnston | Gross proceeds from sale of vehicle | 1,118.00 | 1129-000 | | | 76,883.68 |
| | {56} | Kevin Booze | Relisting Fees collected from payment default | 3,100.15 | 1290-000 | | | 76,883.68 |
| | {57} | | Sales taxes collected at auction | 797.26 | 1290-000 | | | 76,883.68 |
| | | West Auctions, Inc. | Auctioneer's 12% Fee | -11,810.76 | 3610-000 | | | 76,883.68 |
| | | State Board of Equalization | Sales taxes paid to SBOE on auction | -797.26 | 2820-000 | | | 76,883.68 |
| | | Toyota Financial Services | Payment of secured claim | -1,238.62 | 4210-000 | | | 76,883.68 |
| | | Toyota Financial Services | Payment of secured claim | -1,212.40 | 4210-000 | | | 76,883.68 |
| | | West Auctions, Inc. | Marketing/Advertising Expenses | -3,117.30 | 3620-000 | | | 76,883.68 |

| | Subtotals : | $0.00 | $0.00 |
|---|---|---|---|

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 17-41370-CN | |
| **Case Name:** | MOOVERS, INC. | |
| **Taxpayer ID #:** | **-***1306 | |
| **Period Ending:** | 02/18/19 | |

| | | |
|---|---|---|
| **Trustee:** | Marlene G. Weinstein (001780) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account:** | ******0766 - Checking Account | |
| **Blanket Bond:** | $55,486,801.00 (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | West Auctions, Inc. | Purchase key safe/padlock to secure assets | -85.84 | 3620-000 | | | 76,883.68 |
| | | West Auctions, Inc. | Transport of 17 vehicles from business site to storage | -9,975.00 | 3620-000 | | | 76,883.68 |
| | | West Auctions, Inc. | Storage of 17 vehicles for 2 months | -2,900.00 | 3620-000 | | | 76,883.68 |
| | | West Auctions, Inc. | Auction Setup including Laborers | -1,575.00 | 3620-000 | | | 76,883.68 |
| | | West Auctions, Inc. | Administration re: DMV documentation, etc. | -1,125.00 | 3620-000 | | | 76,883.68 |
| | | West Auctions, Inc. | 14 Certified Copies of Order Confirming Auction | -168.00 | 3620-000 | | | 76,883.68 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.88 | 76,801.80 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.83 | 76,683.97 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.29 | 76,573.68 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.46 | 76,467.22 |
| 01/29/18 | 103 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/29/2018 FOR CASE #17-41370, Bond #016048574 (Term: 1/1/18-1/1/19) | 2300-000 | | 14.80 | 76,452.42 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.98 | 76,331.44 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.47 | 76,228.97 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.64 | 76,119.33 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.83 | 76,013.50 |
| 05/14/18 | {59} | Wells Fargo | Refund of charges to account | 1290-000 | 8.64 | | 76,022.14 |
| 05/14/18 | {60} | Marlene Weinstein, Trustee | MIscellaneous change | 1290-000 | 5.48 | | 76,027.62 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.28 | 75,907.34 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.53 | 75,801.81 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.29 | 75,685.52 |
| 08/13/18 | 104 | National Van Lines | Order Approving Compromise ECF #86 | | | 7,081.25 | 68,604.27 |
| | | National Van Lines | Compromise of secured claim ECF #86; Asset 24 | 2,165.63 | 4210-000 | | | 68,604.27 |
| | | National Van Lines | Compromise of secured claim ECF #86; Asset 48 | 2,578.12 | 4210-000 | | | 68,604.27 |
| | | National Van Lines | Compromise of secured | 2,337.50 | 4210-000 | | | 68,604.27 |

| | | |
|---|---|---|
| Subtotals : | $14.12 | $8,293.53 |

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-41370-CN | **Trustee:** Marlene G. Weinstein (001780) |
| **Case Name:** MOOVERS, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0766 - Checking Account |
| **Taxpayer ID #:** **-***1306 | **Blanket Bond:** $55,486,801.00 (per case limit) |
| **Period Ending:** 02/18/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | claim ECF #86; Asset 49 | | | | |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.13 | 68,493.14 |
| 12/19/18 | 105 | Marlene G. Weinstein | Dividend paid 95.13% on $365.69, Trustee Expenses; Reference: | 2200-000 | | 347.92 | 68,145.22 |
| 12/19/18 | 106 | Marlene G. Weinstein | Dividend paid 95.13% on $8,833.58, Trustee Compensation; Reference: | 2100-000 | | 8,404.24 | 59,740.98 |
| 12/19/18 | 107 | Rincon Law, LLP | Dividend paid 95.13% on $45,320.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 43,117.28 | 16,623.70 |
| 12/19/18 | 108 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 95.13% on $15,495.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 14,742.27 | 1,881.43 |
| 12/19/18 | 109 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 95.13% on $460.08, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 437.72 | 1,443.71 |
| 12/19/18 | 110 | Rincon Law, LLP | Dividend paid 95.13% on $688.19, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 654.74 | 788.97 |
| 12/19/18 | 111 | Franchise Tax Board<br>(ADMINISTRATIVE) | Dividend paid 95.13% on $829.28, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: XXX5654XXX [2018] | 2820-000 | | 788.97 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 77,666.40 | 77,666.40 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 77,666.40 | 77,666.40 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$77,666.40** | **$77,666.40** | |

| | |
|---|---|
| Net Receipts : | 77,666.40 |
| Plus Gross Adjustments : | 34,005.18 |
| Net Estate : | $111,671.58 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0766** | 77,666.40 | 77,666.40 | 0.00 |
| | $77,666.40 | $77,666.40 | $0.00 |

{} Asset reference(s)                                                                                                          Printed: 02/18/2019 12:46 PM   V.14.50